THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED A. KALIL, Appellant.

(Submitted May 15, 1930; decided June 3, 1930.)

*Robert H. Elder* for appellant.

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.